IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | |
|---|---|
| SARA LEE MAYNARD, DELANEY STEEDLEY, AND LISA STEEDLEY | C/A No. 5:20-cv-03228-JMC |
| PLAINTIFFS, | |
| | ORDER REMANDING TO STATE COURT |
| vs. | |
| PETER V. HUGHES | |
| DEFENDANT. | |

Pursuant to the motion and mutual consent of the parties to cap the damages recoverable by Plaintiffs to $75,000.00 and thus remand the matter to the Bamberg County Court of Common Pleas, this court no longer has jurisdiction over the matter and thus orders the remand to the Bamberg County Court of Common Pleas. The attorneys in this case are responsible for supplementing the state court record with all documents filed in Federal Court.

IT IS SO ORDERED.

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

February 2, 2021